People ex rel. Greenberg v Molina (2023 NY Slip Op 04494)

People ex rel. Greenberg v Molina

2023 NY Slip Op 04494

Decided on September 8, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 8, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
JOSEPH J. MALTESE
LINDA CHRISTOPHER
CARL J. LANDICINO, JJ.

2023-07631

[*1]The People of the State of New York, ex rel. Howard Greenberg, on behalf of Nicholas Medina, petitioner,
v
Louis A. Molina, etc., respondent.

Howard Greenberg Law Firm, Brooklyn, NY (Howard Greenberg pro se and Andrea Ferrante of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, and Rebecca Nealon of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Nicholas Medina upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment Nos. 583/2023 and 71122/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DUFFY, J.P., MALTESE, CHRISTOPHER and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court